## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GENUS LIFESCIENCES INC.,

        Plaintiff,

   v.

LANNETT COMPANY, INC.,

        Defendant.

C.A. No. 20-cv-770-LPS

**JURY TRIAL DEMANDED**

## STIPULATION AND [PROPOSED] ORDER STAYING CASE

The parties, subject to the Court's approval, agree to stay the above action for 60 days pending final documentation of the settlement resolving this case.  The parties shall file a stipulation of dismissal or a status report on October 18, 2021.

Dated: August 17, 2021

K&L GATES LLP

/s/ Matthew B. Goeller
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
K&L GATES LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Attorneys for Plaintiff*
*Genus Lifesciences Inc.*

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St, 12th floor
Wilmington, Delaware 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant*
*Lannett Company, Inc.*

IT IS SO ORDERED this _____ day of August, 2021.

_____
The Honorable Leonard P. Stark