# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENUS LIFESCIENCES INC., <br><br> Plaintiff, <br><br> v. <br><br> LANNETT COMPANY, INC., <br><br> Defendant. | Civil Action No. 20-cv-770-LPS |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Genus Lifesciences Inc. and Defendant Lannett Company, Inc. hereby stipulate and agree that, as a result of a settlement agreement, the above action, including all claims, counterclaims, and affirmative defenses, is dismissed with prejudice, and without costs, disbursements, or attorneys' fees to any party.

Dated: October 18, 2021

**K&L GATES LLP**

/s/ Steven L. Caponi
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com
matthew.goeller@klgates.com

Darlene Ghavimi (No. 5173)
2801 Vía Fortuna, Suite 350
Austin, Texas 78746
darlene.ghavimi@klgates.com
*Attorneys for Genus Lifesciences Inc.*

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
*Attorneys for Defendant Lannett Co., Inc.*

**SO ORDERED**, this _____ day of _____, 2021.

_____

The Honorable Leonard P. Stark